**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THURMAN DOUGLAS SMITH, | ) Case No. CV 13-7722-VAP (JPR) |
| Petitioner, | ) ORDER ACCEPTING FINDINGS AND |
| vs. | ) RECOMMENDATION OF U.S. MAGISTRATE ) JUDGE |
| CHARLES WILLIAMS, Warden, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Petition is denied without leave to amend and (2) Judgment be entered dismissing this action with prejudice.

DATED: July 3, 2014  _____
VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE