# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN DOUGLAS SMITH,<br><br>　　　　　Petitioner,<br><br>　　　vs.<br><br>CHARLES WILLIAMS, Warden,<br><br>　　　　　Respondent. | Case No. CV 13-7722-VAP (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings and Recommendation of U.S. Magistrate Judge,

　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 3, 2014

_____
VIRGINIA A. PHILLIPS
U.S. DISTRICT JUDGE